JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):**

First Listed Plaintiff:
RightCHOICE Managed Care, Inc.
**County of Residence:** City of St. Louis

Additional Plaintiff(s):
Blue Cross of California, Inc. d/b/a Anthem Blue Cross
Anthem Blue Cross Life and Health Insurance Company
Rocky Mountain Hospital and Medical Service, Inc. d/b/a Anthem Blue Cross and Blue Shield
Anthem Health Plans, Inc. d/b/a Anthem Blue Cross and Blue Shield
Blue Cross and Blue Shield of Georgia, Inc.
Blue Cross Blue Shield Healthcare Plan of Georgia, Inc.
Anthem Insurance Companies, Inc. d/b/a Anthem Blue Cross and Blue Shield
Anthem Health Plans of Kentucky, Inc. d/b/a Anthem Blue Cross and Blue Shield
Anthem Health Plans of Maine, Inc. d/b/a Anthem Blue Cross and Blue Shield
Healthy Alliance Life Insurance Company
HMO Missouri, Inc.
Anthem Health Plans of New Hampshire, Inc. d/b/a Anthem Blue Cross and Blue Shield
Empire HealthChoice Assurance, Inc. d/b/a Empire Blue Cross and Blue Shield
Community Insurance Company d/b/a Anthem Blue Cross and Blue Shield
Anthem Health Plans of Virginia, Inc. d/b/a Anthem Blue Cross and Blue Shield
HMO Healthkeepers, Inc. d/b/a Anthem Blue Cross and Blue Shield
Blue Cross Blue Shield of Wisconsin d/b/a Anthem Blue Cross and Blue Shield
Compcare Health Services Insurance Corporation d/b/a Anthem Blue Cross and Blue Shield

**County Where Claim For Relief Arose:** Putnam County

**Plaintiff's Attorney(s):**
Neal F. Perryman (Counsel for all Plaintiffs)
Michael L. Jente (Counsel for all Plaintiffs
Lewis Rice

600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101

Phone: (314) 444-7600
Fax: (314) 612-7600
; Email: nperryman@lewisrice.com

**Defendant(s):**

First Listed Defendant:
Hospital Partners, Inc. ;

**County of Residence:** Outside This District

Additional Defendants(s):
Hospital Partners, Inc.; Hospital Laboratory Partners, LLC; RAJ Enterprises of Central Florida, LLC d/b/a Pinnacle Laboratory Services; LifeBrite Laboratories, LLC; Empower H.I.S. LLC; David Byrns; and Jorge Perez

**Defendant's Attorney(s):**

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)

   **Plaintiff:** N/A
   **Defendant:** N/A

**Origin:** 1. Original Proceeding

   **Nature of Suit:** 370 Fraud Actions
**Cause of Action:** Fraud and Fraudulent Concealment; Negligent Misrepresentation; Restitution under ERISA § 502(a)(3); Declaratory and Injunctive Relief under ERISA § 502(a)(3) and 28 U.S.C. §§ 2201 and 2202; Tortious Interference with Contract; Civil Conspiracy; Aiding and Abetting a Tort; Unjust Enrichment

   **Requested in Complaint**

   **Class Action:** Not filed as a Class Action
   **Monetary Demand (in Thousands):** $64,000,000-plus
   **Jury Demand:** Yes
   **Related Cases:** Is NOT a refiling of a previously dismissed action

**Signature:** /s/ *Neal F. Perryman*

 **Date:** 3/30/2018

   If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.