RIGHTCHOICE MANAGED CARE INC., )
*et al.*, )
         )     CIVIL ACTION NO.:
         Plaintiffs, )
         )     5:18-cv-06037-DGK
v. )
         )
HOSPITAL PARTNERS INC., *et al.*, )
         )
         Defendants. )
         )

**MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT BY
DEFENDANTS HOSPITAL PARTNERS, INC., EMPOWER H.I.S., LLC, DAVID
BYRNS AND JORGE PEREZ, OR, IN THE ALTERNATIVE,
MOTION FOR A MORE DEFINITE STATEMENT**

**COME NOW** Defendants Hospital Partners, Inc., Empower H.I.S., LLC, David Byrns, and Jorge Perez ("Defendants"), by and through counsel, hereby move for an Order dismissing Plaintiffs' Third Amended Complaint [Doc. #57] pursuant to Fed. R. Civ. P. 12(b)(2), Fed. R. Civ. P. 12(b)(3) and Fed. R. Civ. P. 12(b)(6), relief under Fed. R. Civ. P. 19, and/or for a more definite statement pursuant to Fed. R. Civ. P. 12(e). Defendants' Suggestions in Support of this Motion to Dismiss are contemporaneously filed herewith.

WHEREFORE, Defendants respectfully request this Court to grant the relief requested herein, together with such other and further relief the Court deems just, proper and equitable under the circumstances.

Respectfully submitted this 14th day of August, 2018.

CHAPMAN AND COWHERD, P.C.

By:    */s/ Lauren A. Horsman*
       Lauren A. Horsman – Mo Bar No. 60982
       903 Jackson – P.O. Box 228
       Chillicothe, MO 64601
       Telephone: 660-646-0627
       Telefax: 660-646-1105
       Email: lhorsman@ccttlaw.com
       *ATTORNEY FOR DEFENDANTS*
       *HOSPITAL PARTNERS, INC., EMPOWER*
       *H.I.S., LLC, DAVID BYRNS AND JORGE*
       *PEREZ*

FMS Lawyer PL

By:    */s/ Frank Smith*
       Frank Smith – FL Bar No. 069681
       9900 Stirling Road, Suite 226
       Cooper City, FL 33024
       Telephone: 954-985-1400
       Telefax: 954-241-6947
       Email: frank.smith@fmslawyer.com
       *ATTORNEY FOR DEFENDANTS*
       *HOSPITAL PARTNERS, INC., EMPOWER*
       *H.I.S., LLC, DAVID BYRNS AND JORGE*
       *PEREZ*
       *Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically via the Court's ECF system to:

*ALL COUNSEL OF RECORD*

This 14th day of August, 2018.

           */s/ Lauren A. Horsman*