# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

RightCHOICE Managed Care, Inc. et al.,  )
    )
    Plaintiffs,  )    Case No. 18-cv-06037-DGK
    )
    v.  )
    )
Hospital Partners, Inc. *et al.*,  )
    )
    Defendant.  )

## ANSWER BY DEFENDANT SERODYNAMICS, LLC

Defendant SeroDynamics, LLC ("SeroDynamics") for its Answer to Plaintiffs' Fourth Amended Complaint, states and alleges as follows:

1. Denied.

2. Denied.

3. Denied.

4. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 4, and therefore denies the same.

5. Defendant SeroDynamics admits that SeroDynamics, LLC conducted blood tests at its laboratory in Colorado. As to the other allegations in paragraph 5, Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth, and therefore denies the same.

6. Denied.

7. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 7, and therefore denies the same.

1

8. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 8, and therefore denies the same.

9. Denied.

10. Denied.

11. The contract between Putnam and Plaintiffs referenced in Paragraph 11 speaks for itself, and therefore no response is required. To the extent a response is required, Defendant SeroDynamics denies the same.

12. Denied.

13. Denied.

14. Denied.

15. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 15, and therefore denies the same.

16. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 16, and therefore denies the same.

17. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 17, and therefore denies the same.

18. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 18, and therefore denies the same.

19. The State Auditor's report referenced in Paragraph 19 speaks for itself, and therefore no response is required. To the extent a response is required, Defendant SeroDynamics denies the same.

DocID: 4849-9409-1942.1

20. The State Auditor's report referenced in Paragraph 20 speaks for itself, and therefore no response is required. To the extent a response is required, Defendant SeroDynamics denies the same.

21. Plaintiffs' Paragraph 21 merely states the relief Plaintiffs seek in this lawsuit, and does not state a factual allegation to which a response is required. To the extent a response is required, Defendant SeroDynamics denies that Plaintiffs are entitled to any such relief.

22. Denied.

23. Denied.

24. Denied.

25. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 25, and therefore denies the same.

26. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 26, and therefore denies the same.

27. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 27, and therefore denies the same.

28. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 28, and therefore denies the same.

29. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 29, and therefore denies the same.

30. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 30, and therefore denies the same.

31. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 31, and therefore denies the same.

3

32. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 32, and therefore denies the same.

33. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 33, and therefore denies the same.

34. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 34, and therefore denies the same.

35. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 35, and therefore denies the same.

36. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 36, and therefore denies the same.

37. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 37, and therefore denies the same.

38. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 38, and therefore denies the same.

39. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 39, and therefore denies the same.

40. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 40, and therefore denies the same.

41. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 41, and therefore denies the same.

42. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 42, and therefore denies the same.

4

43. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 43, and therefore denies the same.

44. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 44, and therefore denies the same.

45. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 45, and therefore denies the same.

46. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 46, and therefore denies the same.

47. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 47, and therefore denies the same.

48. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 48, and therefore denies the same.

49. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 49, and therefore denies the same.

50. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 50, and therefore denies the same.

51. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 51, and therefore denies the same.

52. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 52, and therefore denies the same.

53. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 53, and therefore denies the same.

DocID: 4849-9409-1942.1

54. Admit that LabMed Services is a Nevada LLC and that its members are residents of Colorado and Florida. All allegations not expressly admitted herein are denied.

55. Admit that SeroDynamics is a Colorado LLC. All allegations not expressly admitted herein are denied.

56. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 56, and therefore denies the same.

57. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 57, and therefore denies the same.

58. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 58, and therefore denies the same.

59. Admit.

60. Admit.

61. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 61, and therefore denies the same.

62. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 62, and therefore denies the same.

63. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 63, and therefore denies the same.

64. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 64, and therefore denies the same.

65. Denied.

66. Denied.

DocID: 4849-9409-1942.1

67. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 67, and therefore denies the same.

68. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 68, and therefore denies the same.

69. Paragraph 69 does not contain an allegation, and no response is required. To the extent a response is required, Defendant SeroDynamics denies the allegations contained in Paragraph 69.

70. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 70, and therefore denies the same.

71. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 71, and therefore denies the same.

72. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 72, and therefore denies the same.

73. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 73, and therefore denies the same.

74. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 74, and therefore denies the same.

75. Paragraph 75 states a legal conclusion and is not a factual allegation to which a response is required. To the extent a response is required, Defendant SeroDynamics denies the same.

76. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 76, and therefore denies the same.

DocID: 4849-9409-1942.1

77. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 77, and therefore denies the same.

78. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 78, and therefore denies the same.

79. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 79, and therefore denies the same.

80. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 80, and therefore denies the same.

81. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 81, and therefore denies the same.

82. Admit that Unionville is the county seat of Putnam County. As to the other allegations in paragraph 82, Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth, and therefore denies the same.

83. The contract between Putnam and Plaintiffs referenced in Paragraph 83 speaks for itself, and therefore no response is required. To the extent a response is required, Defendant SeroDynamics denies the same.

84. The contract between Putnam and Plaintiffs referenced in Paragraph 84 speaks for itself, and therefore no response is required. To the extent a response is required, Defendant SeroDynamics denies the same.

85. The contract between Putnam and Plaintiffs referenced in Paragraph 85 speaks for itself, and therefore no response is required. To the extent a response is required, Defendant SeroDynamics denies the same.

8

86. The Exhibit referenced in Paragraph 86 speaks for itself, and therefore no response is required. To the extent a response is required, Defendant SeroDynamics denies the same.

87. The Exhibit referenced in Paragraph 87 speaks for itself, and therefore no response is required. To the extent a response is required, Defendant SeroDynamics denies the same.

88. The Exhibit referenced in Paragraph 88 speaks for itself, and therefore no response is required. To the extent a response is required, Defendant SeroDynamics denies the same.

89. The Exhibit referenced in Paragraph 89 speaks for itself, and therefore no response is required. To the extent a response is required, Defendant SeroDynamics denies the same.

90. The Exhibit referenced in Paragraph 90 speaks for itself, and therefore no response is required. To the extent a response is required, Defendant SeroDynamics denies the same.

91. The Exhibit referenced in Paragraph 91 speaks for itself, and therefore no response is required. To the extent a response is required, Defendant SeroDynamics denies the same.

92. The Exhibit referenced in Paragraph 92 speaks for itself, and therefore no response is required. To the extent a response is required, Defendant SeroDynamics denies the same.

DocID: 4849-9409-1942.1

93. Paragraph 93 states a legal conclusion and is not a factual allegation to which a response is required. To the extent a response is required, Defendant SeroDynamics denies the same.

94. The Exhibit referenced in Paragraph 94 speaks for itself, and therefore no response is required. To the extent a response is required, Defendant SeroDynamics denies the same.

95. The Exhibit referenced in Paragraph 95 speaks for itself, and therefore no response is required. To the extent a response is required, Defendant SeroDynamics denies the same.

96. The Exhibit referenced in Paragraph 96 speaks for itself, and therefore no response is required. To the extent a response is required, Defendant SeroDynamics denies the same.

97. Denied.

98. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 98, and therefore denies the same.

99. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 99, and therefore denies the same.

100. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 100, and therefore denies the same.

101. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 101, and therefore denies the same.

102. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 102, and therefore denies the same.

10

103. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 103, and therefore denies the same.

104. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 104, and therefore denies the same.

105. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 105, and therefore denies the same.

106. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 106, and therefore denies the same.

107. The media article referenced in Paragraph 107 speaks for itself, and therefore no response is required. To the extent a response is required, Defendant SeroDynamics denies the same.

108. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 108, and therefore denies the same.

109. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 109, and therefore denies the same.

110. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 110, and therefore denies the same.

111. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 111, and therefore denies the same.

112. The website referenced in Paragraph 112 speaks for itself, and therefore no response is required. To the extent a response is required, Defendant SeroDynamics denies the same.

113. Denied.

11

114. Denied.

115. Denied.

116. Denied.

117. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 117, and therefore denies the same.

118. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 118, and therefore denies the same.

119. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 119, and therefore denies the same.

120. Denied.

121. Denied.

122. Denied.

123. Denied.

124. Denied.

125. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 125, and therefore denies the same.

126. Denied.

127. Denied.

128. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 128, and therefore denies the same.

129. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 129, and therefore denies the same.

12

130. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 130, and therefore denies the same.

131. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 131, and therefore denies the same.

132. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 132, and therefore denies the same.

133. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 133, and therefore denies the same.

134. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 134, and therefore denies the same.

135. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 135, and therefore denies the same.

136. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 136, and therefore denies the same.

137. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 137, and therefore denies the same.

138. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 138, and therefore denies the same.

139. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 139, and therefore denies the same.

140. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 140, and therefore denies the same.

13

141. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 141, and therefore denies the same.

142. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 142, and therefore denies the same.

143. Admit.

144. Denied.

145. Admit.

146. Denied.

147. Denied.

148. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 148, and therefore denies the same.

149. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 149, and therefore denies the same.

150. The document referenced in Paragraph 150 speaks for itself, and therefore no response is required. To the extent a response is required, Defendant SeroDynamics denies the same.

151. Denied.

152. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 152, and therefore denies the same.

153. Denied.

154. Denied.

155. Denied.

14

156. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 156, and therefore denies the same.

157. Denied.

158. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 158, and therefore denies the same.

159. Denied.

160. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 160, and therefore denies the same.

161. Denied.

162. Denied.

163. Denied.

164. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 164, and therefore denies the same.

165. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 165, and therefore denies the same.

166. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 166, and therefore denies the same.

167. The document referenced in Paragraph 167 speaks for itself, and therefore no response is required. To the extent a response is required, Defendant SeroDynamics denies the same.

168. The document referenced in Paragraph 168 speaks for itself, and therefore no response is required. To the extent a response is required, Defendant SeroDynamics denies the same.

15

169. The document referenced in Paragraph 169 speaks for itself, and therefore no response is required. To the extent a response is required, Defendant SeroDynamics denies the same.

170. The document referenced in Paragraph 170 speaks for itself, and therefore no response is required. To the extent a response is required, Defendant SeroDynamics denies the same.

171. The document referenced in Paragraph 171 speaks for itself, and therefore no response is required. To the extent a response is required, Defendant SeroDynamics denies the same.

172. The document referenced in Paragraph 172 speaks for itself, and therefore no response is required. To the extent a response is required, Defendant SeroDynamics denies the same.

173. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 173, and therefore denies the same.

174. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 174, and therefore denies the same.

175. The document referenced in Paragraph 175 speaks for itself, and therefore no response is required. To the extent a response is required, Defendant SeroDynamics denies the same.

176. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 176, and therefore denies the same.

177. Denied.

16

178. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 178, and therefore denies the same.

179. Denied.

180. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 180, and therefore denies the same.

181. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 181, and therefore denies the same.

182. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 182, and therefore denies the same.

183. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 183, and therefore denies the same.

184. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 184, and therefore denies the same.

185. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 185, and therefore denies the same.

186. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 186, and therefore denies the same.

187. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 187, and therefore denies the same.

188. Denied.

189. The document referenced in Paragraph 189 speaks for itself, and therefore no response is required. To the extent a response is required, Defendant SeroDynamics denies the same.

17

190. The document referenced in Paragraph 190 speaks for itself, and therefore no response is required. To the extent a response is required, Defendant SeroDynamics denies the same.

191. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 191, and therefore denies the same.

192. Denied.

193. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 193, and therefore denies the same.

194. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 194, and therefore denies the same.

195. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 195, and therefore denies the same.

196. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 196, and therefore denies the same.

197. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 197, and therefore denies the same.

198. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 198, and therefore denies the same.

199. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 199, and therefore denies the same.

200. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 200, and therefore denies the same.

18

201. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 201, and therefore denies the same.

202. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 202, and therefore denies the same.

203. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 203, and therefore denies the same.

204. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 204, and therefore denies the same.

205. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 205, and therefore denies the same.

206. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 206, and therefore denies the same.

207. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 207, and therefore denies the same.

208. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 208, and therefore denies the same.

209. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 209, and therefore denies the same.

210. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 210, and therefore denies the same.

211. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 211, and therefore denies the same.

19

212. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 212, and therefore denies the same.

## CAUSES OF ACTION

### COUNT I
### Fraud and Fraudulent Concealment
### (Against All Defendants)

213. Defendant SeroDynamics incorporates by reference all prior paragraphs of this Answer as if set forth fully herein.

214. Denied.

215. Denied.

216. Denied.

217. Denied.

218. Denied.

219. Denied.

220. Denied.

221. Denied.

222. Denied.

223. Denied.

224. Denied.

225. Denied.

226. Denied.

20

227. Denied.

228. Denied.

229. Denied.

230. Denied.

231. Denied.

232. Denied.

233. Denied.

234. Denied.

235. Denied.

236. Denied.

237. Denied.

238. Denied.

239. Denied.

240. Denied.

## COUNT II
### Negligent Misrepresentation
### (Against All Defendants)

241. Defendant SeroDynamics incorporates by reference all prior paragraphs of this Answer as if set forth fully herein.

242. Denied.

243. Denied.

244. Denied.

245. Denied.

246. Denied.

21

DocID: 4849-9409-1942.1

247. Denied.

248. Denied.

249. Denied.

250. Denied.

251. Denied.

252. Denied.

## COUNT III
### Restitution Under Erisa § 502(a)(3)
### (Against All Defendants)

253. Defendant SeroDynamics incorporates by reference all prior paragraphs of this Answer as if set forth fully herein.

254. Denied.

255. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 255, and therefore denies the same.

256. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 256, and therefore denies the same.

257. Denied.

258. Denied.

259. Denied.

260. Denied.

261. Denied.

262. Denied.

263. Denied.

264. Denied.

22

DocID: 4849-9409-1942.1

265. Denied.

266. Denied.

267. Denied.

268. Denied.

269. Denied.

270. Denied.

271. Denied.

272. Denied.

## COUNT IV
### Declaratory and Injunctive Relief
### Under Erisa § 502(a)(3) and 28 U.S.C. §§ 2201 and 2202
### (Against All Defendants)

273. Defendant SeroDynamics incorporates by reference all prior paragraphs of this Answer as if set forth fully herein.

274. Denied.

275. Denied.

276. Denied.

277. Denied.

278. Denied.

279. Denied.

280. Denied.

281. Denied.

282. Denied.

283. Denied.

## COUNT V

23

DocID: 4849-9409-1942.1

**Tortious Interference With Contract**
**(Against All Defendants)**

284. Defendant SeroDynamics incorporates by reference all prior paragraphs of this Answer as if set forth fully herein.

285. Defendant SeroDynamics lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 285, and therefore denies the same.

286. Denied.

287. Denied.

288. Denied.

289. Denied.

290. Denied.

291. Denied.

## COUNT VI
**Civil Conspiracy**
**(Against All Defendants)**

292. Defendant SeroDynamics incorporates by reference all prior paragraphs of this Answer as if set forth fully herein.

293. Denied.

294. Denied.

295. Denied.

296. Denied

## COUNT VII
**Aiding and Abetting a Tort**
**(Against All Defendants)**

297. Defendant SeroDynamics incorporates by reference all prior paragraphs of this Answer as if set forth fully herein.

24

DocID: 4849-9409-1942.1

298. Denied.

299. Denied.

300. Denied.

301. Denied

302. Denied.

## COUNT VIII
## Unjust Enrichment
## (Against All Defendants)

303. Defendant SeroDynamics incorporates by reference all prior paragraphs of this Answer as if set forth fully herein.

304. Denied.

305. Denied.

306. Denied.

307. Denied

308. Denied.

309. Denied.

310. Denied.

311. Denied

312. Denied.

## COUNT IX
## Money Had and Received
## (Against All Defendants)

313. Defendant SeroDynamics incorporates by reference all prior paragraphs of this Answer as if set forth fully herein.

314. Denied.

25

315. Denied.

316. Denied.

WHEREFORE, having fully answered Plaintiffs' Fourth Amended Complaint, Defendant SeroDynamics requests that the Court dismiss this action with prejudice, award Defendant its costs and fees incurred in defending this action, and order all other relief deemed just and appropriate.

## <u>AFFIRMATIVE DEFENSES</u>

1. Plaintiffs' Fourth Amended Complaint fails to state a claim upon which relief can be granted.

2. Plaintiffs' fraud claims should be dismissed for failure to comply with Rule 9(b).

3. Plaintiffs' claims are barred by the doctrines of waiver and estoppel.

4. Plaintiffs' claims are barred, in full or in part, by their comparative fault.

5. Plaintiffs' claims are barred by their failure to mitigate damages.

6. Defendant SeroDynamics should be dismissed because the Court lacks personal jurisdiction over them with respect to this dispute.

7. Plaintiffs' requests for declaratory and injunctive relief are moot.

8. Plaintiffs' Fourth Amended Complaint should be dismissed for failure to join an indispensable party to this action, namely Putnam County Memorial Hospital, the entity that received 100% of the funds at issue in this case.

9. Plaintiffs' Fourth Amended Complaint should be dismissed because the contract at issue contains a mandatory arbitration clause.

26

This 1st day of October, 2019

By: */s/ Gregory J. Minana*

GREGORY J. MINANA       MO# 38004
JAMES R. MONTGOMERY    MO# 68281
SARAH L. ZIMMERMAN    MO# 69440
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
T |      (816) 983.8277
F |      (816) 983.8080
greg.minana@huschblackwell.com
jr.montgomery@huschblackwell.com
sarah.zimmerman@huschblackwell.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Gregory J. Minana*

DocID: 4849-9409-1942.1