# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | |
|---|---|
| RightCHOICE Managed Care, Inc., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Hospital Partners, Inc.; Hospital Laboratory Partners, LLC; Empower H.I.S. LLC; RAJ Enterprises of Central Florida, LLC d/b/a Pinnacle Laboratory Services; Labmed Services, LLC; Serodynamics, LLC; David Byrns; Jorge Perez; James F. Porter, Jr.; Beau Gertz; and Mark Blake,<br><br>Defendants. | Civil Action No.<br>5:18-CV-06037-DGK |

## PLAINTIFFS' MOTION FOR RULE 37 SANCTIONS AGAINST EMPOWER H.I.S. LLC, HOSPITAL PARTNERS, INC., AND JORGE PEREZ

Pursuant to Federal Rule of Civil Procedure 37, Plaintiffs respectfully move the Court to sanction Defendants Empower H.I.S. LLC, Hospital Partners, Inc., and Jorge Perez. This motion is based on Plaintiffs' Suggestions in Support of Motion for Rule 37 Sanctions Against Empower H.I.S. LLC, Hospital Partners, Inc., and Jorge Perez, the supporting declarations and papers filed herewith, as well as all papers, filings, and proceedings in this matter.

Plaintiffs request oral argument.

1

| | | |
|---|---|---|
| Dated: February 7, 2020 | By: | */s/ Michael L. Jente* |

          **LEWIS RICE LLC**
          Neal F. Perryman, MO Bar #43057
          Michael L. Jente, MO Bar #62980
          600 Washington Avenue, Suite 2500
          St. Louis, Missouri 63101
          T: (314) 444-7600
          nperryman@lewisrice.com
          mjente@lewisrice.com

          -and-

          **ROBINS KAPLAN LLP**
          Jeffrey S. Gleason (admitted PHV)
          Jason W. Pfeiffer, MO Bar # 50104
          Nathaniel J. Moore (admitted PHV)
          Amira A. ElShareif (admitted PHV)
          Jaime J. Wing (admitted PHV)
          800 LaSalle Avenue, Suite 2800
          Minneapolis, Minnesota 55402
          T: (612) 349-8500
          F: (612) 339-4181
          jgleason@robinskaplan.com
          jpfeiffer@robinskaplan.com
          nmoore@robinskaplan.com
          aelshareif@robinskaplan.com
          jwing@robinskaplan.com

          *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically with the United States District Court for the Western District of Missouri, through the Court's CM/ECF system, on the 7th day of February 2020, with notice of case activity sent to counsel of record.

                                                 */s/ Michael L. Jente*