**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**ST. JOSEPH DIVISION**

| | |
|---|---|
| RightCHOICE Managed Care, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Hospital Partners, Inc.; Hospital Laboratory Partners, LLC; Empower H.I.S. LLC; RAJ Enterprises of Central Florida, LLC d/b/a Pinnacle Laboratory Services; Labmed Services, LLC; Serodynamics, LLC; David Byrns; Jorge Perez; James F. Porter, Jr.; Beau Gertz; and Mark Blake, <br><br> Defendants. | Civil Action No. <br> 5:18-CV-06037-DGK |

## PLAINTIFFS' MOTION FOR ORDER THAT THE SERO DEFENDANTS HAVE WAIVED THE ATTORNEY-CLIENT PRIVILEGE OR, IN THE ALTERNATIVE, STRIKING ALL EVIDENCE OF RELIANCE ON ADVICE OF COUNSEL AND FOR *IN CAMERA* REVIEW

Pursuant to Federal Rule of Civil Procedure 26, Plaintiffs respectfully move the Court for an order that Defendants Serodynamics, LLC, Labmed Services, LLC, Beau Gertz, and Mark Blake (collectively, the "Sero Defendants") have waived the attorney-client privilege, or, in the alternative, striking all evidence of the Sero Defendants' purported reliance on the advice of counsel and for *in camera* review of the documents included on the Sero Defendants' privilege log. This motion is based on Plaintiffs' suggestions, the supporting declaration and papers filed herewith, as well as all papers, filings, and proceedings in this matter.

Plaintiffs request oral argument.

1

Dated: February 21, 2020          By:          */s/ Michael L. Jente*

**LEWIS RICE LLC**
Neal F. Perryman, MO Bar #43057
Michael L. Jente, MO Bar #62980
600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101
T: (314) 444-7600
nperryman@lewisrice.com
mjente@lewisrice.com

-and-

**ROBINS KAPLAN LLP**
Jeffrey S. Gleason (admitted PHV)
Jason W. Pfeiffer, MO Bar # 50104
Nathaniel J. Moore (admitted PHV)
Amira A. ElShareif (admitted PHV)
Jaime J. Wing (admitted PHV)
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402
T: (612) 349-8500
F: (612) 339-4181
jgleason@robinskaplan.com
jpfeiffer@robinskaplan.com
nmoore@robinskaplan.com
aelshareif@robinskaplan.com
jwing@robinskaplan.com

*Attorneys for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed electronically with the United States District Court for the Western District of Missouri, through the Court's CM/ECF system, on the 21st day of February 2020, with notice of case activity sent to counsel of record.

_/s/ Michael L. Jente_

3