UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| RightCHOICE Managed Care, Inc., *et al.*,<br><br>Plaintiffs,<br>v.<br><br>Hospital Partners, Inc.; Hospital Laboratory Partners, LLC; Empower H.I.S. LLC; LifeBrite Laboratories, LLC; RAJ Enterprises of Central Florida, LLC d/b/a Pinnacle Laboratory Services; Labmed Services, LLC; Serodynamics, LLC; Lucenta Labs, LLC; David Byrns; Jorge Perez; Christian Fletcher; James F. Porter, Jr.; Beau Gertz; and Mark Blake,<br><br>Defendants. | Civil Action No.<br>5:18-CV-06037-DGK |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the following documents were served by consent via email on all counsel of record as detailed in the service list below.

| Document | Date of Service |
|---|---|
| Plaintiffs' Confidentiality Designations of the January 7, 2020 Deposition of Peter Kongstvedt | February 11, 2020 |
| Plaintiffs' Confidentiality Designations of the January 15, 2020 Deposition of Charla Prillaman | February 19, 2020 |

# Service List

J. Justin Johnston
811 Grand Blvd., #101
Kansas City, MO 64106
(816) 739-4538
jjj@johnstonlawkc.com

*Counsel for Defendant David Byrns*

Ronald D. Marney II
Michael Rudd
Meghan Sholy
Phillip R. Dupont
Sandberg Phoenix & von Gontard P.C.
4600 Madison Ave. Suite 1250
Kansas City, MO 64112
(816) 627-5332
rmarney@sandbergphoenix.com
mrudd@sandbergphoenix.com
msholy@sandbergphoenix.com
pdupont@sandbergphoenix.com

*Counsel for Defendants Hospital Partners, Inc.; Empower H.I.S. LLC; and Jorge Perez*

Greg Minana
Aaron J. Chickos
Sarah L. Zimmerman
Husch Blackwell LLP
190 Carondelet Plaza Suite 600
St. Louis, MO 63105
(314) 480-1865
(314) 345-6343
(314) 345-6248
greg.minana@huschblackwell.com
aaron.chickos@huschblackwell.com
sarah.zimmerman@huschblackwell.com

JR Montgomery
Husch Blackwell LLP
4801 Main Street Suite 1000
Kansas City, MO 64112-2551
(816) 983-8277
jr.montgomery@huschblackwell.com

*Counsel for Defendants Labmed Services, LLC; Serodynamics, LLC; Beau Gertz; and Mark Blake*

Jesse B. Berryman, IV
Seth Schwartz
Albert J. Tasker, IV
The Schwartz Law Group, P.A.
10365 Hood Road, Suite 104
Jacksonville, FL 32257
(904) 292-0222
seth@flattorney.net
jesse@flattorney.net
aj@flattorney.net

Paul Breer
Norris Keplinger Hicks & Welder, LLC
9225 Indian Creek Parkway, Suite 750
Overland Park, KS 66210
(913) 663-2000
pbreer@nkfirm.com

*Counsel for Defendant James F. Porter, Jr.*

DATED: February 24, 2020       By:       */s/ Michael L. Jente*

                **LEWIS RICE LLC**
Neal F. Perryman, MO Bar #43057
Michael L. Jente, MO Bar #62980
600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101
T: (314) 444-7600
nperryman@lewisrice.com
mjente@lewisrice.com

                -and-

**ROBINS KAPLAN LLP**
Jeffrey S. Gleason (admitted PHV)
Jason W. Pfeiffer, MO Bar # 50104
Nathaniel J. Moore (admitted PHV)
Amira A. ElShareif (admitted PHV)
Jaime J. Wing (admitted PHV)
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402
T: (612) 349-8500
F: (612) 339-4181
jgleason@robinskaplan.com
jpfeiffer@robinskaplan.com
nmoore@robinskaplan.com
aelshareif@robinskaplan.com
jwing@robinskaplan.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically with the United States District Court for the Western District of Missouri, through the Court's CM/ECF system, on the 24th day of February 2020, with notice of case activity sent to counsel of record.

                                                       _/s/ Michael L. Jente_