| | |
|---|---|
| RightCHOICE Managed Care, Inc., *et al.*, | |
| Plaintiffs, | Civil Action No. 5:18-CV-06037-DGK |
| v. | |
| Hospital Partners, Inc.; Hospital Laboratory Partners, LLC; Empower H.I.S. LLC; RAJ Enterprises of Central Florida, LLC d/b/a Pinnacle Laboratory Services; Labmed Services, LLC; Serodynamics, LLC; David Byrns; Jorge Perez; James F. Porter, Jr.; Beau Gertz; and Mark Blake, | |
| Defendants. | |

## PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DAVID BYRNS

Pursuant to Federal Rule of Civil Procedure and Local Rule 56.1, Plaintiffs move for partial summary judgment against Defendant David Byrns for fraud (Count I), tortious interference with contract (Count V), and civil conspiracy to commit fraud and tortious interference (Count VI), and for further relief that the Court deems just and proper. This motion is based on Plaintiffs' suggestions, the supporting declaration and papers filed herewith, as well as all papers, filings, and proceedings in this matter.

Oral argument requested.

1

Dated: February 12, 2021                By:           */s/ Michael L. Jente*

 

**LEWIS RICE LLC**
Neal F. Perryman, MO Bar #43057
Michael L. Jente, MO Bar #62980
600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101
T: (314) 444-7600
nperryman@lewisrice.com
mjente@lewisrice.com

-and-

**ROBINS KAPLAN LLP**
Jeffrey S. Gleason (admitted PHV)
Jason W. Pfeiffer, MO Bar # 50104
Nathaniel J. Moore (admitted PHV)
Jaime J. Wing (admitted PHV)
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402
T: (612) 349-8500
F: (612) 339-4181
jgleason@robinskaplan.com
jpfeiffer@robinskaplan.com
nmoore@robinskaplan.com
jwing@robinskaplan.com

***Attorneys for Plaintiffs***

2

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed electronically with the United States District Court for the Western District of Missouri, through the Court's CM/ECF system, on the 12th day of February 2021, with notice of case activity sent to counsel of record.

/s/ Michael L. Jente