IN THE UNITED STATES WESTERN DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DISTRICT

| | | |
|---|---|---|
| RightCHOICE Managed Care, Inc. *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No.   5:18-CV-06037-DGK |
| v. | ) | |
| | ) | |
| Hospital Partners, Inc., *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## **SUGGESTION OF BANKRUPTCY**

PLEASE BE ADVISED that Defendant, <u>JORGE A. PEREZ,</u> filed a Voluntary Petition seeking relief under Title 11, United States Code in the United States Bankruptcy Court for the Southern District of Florida and has been assigned Case Number: <u>21-17748-AJC</u>. Relief was ordered on August 9, 2021 and suggests that this action has been stayed by the operation of Title 11 U.S.C. Section 362.

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via electronic notice to all parties receiving notice on the filing portal on this 16th day of AUGUST 2021.

MARNEY LAW, LLC

By:      /s/ Ronald Marney
         Ronald Marney    #47141
         920 West 47th Street
         Kansas City, MO  64112
         (816) 221-6464
         (816) 221-6460 - Fax
         mcintosh@tmlf.com

ATTORNEY   FOR   JORGE   PEREZ   &
EMPOWER  H.I.S., LLC


## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing was filed electronically with the United States District Court for the Western District of Missouri, through the Court's CM/ECF system, on the 16th day of August 2021, with notice of case activity sent to counsel of record.


      /s/ Ronald Marney
      Attorney for JORGE PEREZ & EMPOWER
      H.I.S., LLC

2