# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## ST. JOSEPH DIVISION

| | | |
|---|---|---|
| RIGHTCHOICE MANAGED CARE, INC., et al., | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 18-cv-06037-DGK |
| HOSPITAL PARTNERS, INC., et al., | ) ) | |
| Defendants. | ) | |

## SERO DEFENDANTS' FILING REGARDING SCHEDULE OF REMAINING CLAIMS

Defendants SeroDynamics, LLC; LabMed Services, LLC; Beau Gertz; and Mark Blake (collectively, the "Sero Defendants") did not file a Schedule of Remaining Claims pursuant to the Court's Scheduling and Trial Order (Doc. 151) at 7 because the Sero Defendants are not asserting any affirmative claims, counterclaims, or affirmative defenses. The Sero Defendants hereby confirm with this filing that they are not pursuing any claims, counterclaims, or affirmative defenses.

Dated this Thursday, September 09, 2021                Respectfully submitted,

/s/Gregory J. Minana
GREGORY J. MINANA              MO #38004
JAMES R. MONTGOMERY           MO #68281
AARON CHICKOS                 MO #62072

HUSCH BLACKWELL LLP

4801 Main Street, Suite 1000
Kansas City, Missouri 64112
Telephone (816) 983-8000
Facsimile (816) 983-8080
greg.minana@huschblackwell.com
jr.montgomery@huschblackwell.com
aaron.chickos@huschblackwell.com

190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105
Telephone (314) 480-1500
Facsimile (314) 480-1505

***Attorneys for Defendants Mark Blake,
Beau Gertz, SeroDynamics LLC, and
LabMed Services, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on Thursday, September 09, 2021 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/Gregory J. Minana

2