IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| RIGHTCHOICE MANAGED CARE, INC., et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) No. 5:18-cv-06037-DGK |
| HOSPITAL PARTNERS, INC., et al., | ) ) ) |
| Defendants. | ) |

## ORDER ENTERING DEFAULT JUDGMENT

This lawsuit arises out of an alleged pass-through billing scheme for laboratory tests billed from a rural Missouri hospital. Plaintiffs, a collection of health insurers, are suing a variety of Defendants to recover money from the alleged fraud.

Now before the Court is Plaintiffs' Motion for Default Judgment Against Defendants Hospital Laboratory Partners, LLC and RAJ Enterprises of Central Florida, LLC d/b/a Pinnacle Laboratory Services. ECF No. 515. Neither Defendant filed a response, and, after carefully reviewing the record, the Court holds Plaintiffs have demonstrated their entitlement to a default judgment against them.

Accordingly, pursuant to Rule 37(b)(2)(A)(vi), default judgment is entered against Defendant Hospital Laboratory Partners, LLC and Defendant RAJ Enterprises of Central Florida, LLC d/b/a Pinnacle Laboratory Services. These Defendants are jointly and severally liable for the Judgment. The amount of the Judgment will be determined after the Court hears evidence at trial or, if no trial is held in this case, after a hearing on damages.

**IT IS SO ORDERED.**

Date:  September 10, 2021 /s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT