# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## ST. JOSEPH DIVISION

RightCHOICE Managed Care, Inc., *et al.*,

        Plaintiffs,

v.

LabMed Services, LLC, *et al.*,

        Defendants.

Civil Action No.
5:18-CV-06037-DGK

## SERO DEFENDANTS' ADDITIONAL PROPOSED JURY INSTRUCTION

Defendants SeroDynamics, LLC, LabMed Services, LLC, Beau Gertz, and Mark Blake (the "Sero Defendants") by and through their undersigned counsel, intend to submit the following singular additional jury instruction. After conferring with Plaintiffs, Plaintiffs object to this instruction.

Dated this Friday, September 10, 2021

Respectfully submitted,

/s/Gregory J. Minana

GrEGORY J. MINANA    MO #38004
JAMES R. MONTGOMERY    MO #68281
AARON CHICKOS    MO #62072
HUSCH BLACKWELL LLP

4801 Main Street, Suite 1000
Kansas City, Missouri 64112
Telephone (816) 983-8000
Facsimile (816) 983-8080
greg.minana@huschblackwell.com
jr.montgomery@huschblackwell.com
aaron.chickos@huschblackwell.com
190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105
Telephone (314) 480-1500
Facsimile (314) 480-1505

***Attorneys for Defendants Mark Blake, Beau Gertz, SeroDynamics LLC, and LabMed Services, LLC***

HB: 4813-4931-7626.1

## CERTIFICATE OF SERVICE

I hereby certify that on Friday, September 10, 2021 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/Gregory J. Minana

**Instruction No. \_\_[1]**
*Effect of Instruction as to Damages*

The fact I have instructed you as to the proper measure of damages should not be considered as indicating any view of mine as to which party is entitled to your verdict in this case. Instructions as to the measure of damages are given for your guidance only in the event you should find in favor of the plaintiff from a preponderance of the evidence in the case in accordance with the other instructions.

---

[1]     3 Fed. Jury Prac & Instr. § 106.02 (6th ed.) (February 2021 Update).