# Exhibit B

# RightCHOICE

 **lisa.carter@huschblackwell.com**

Sep 15, 2021, 9:05 AM

To: nmoore@robinskaplan.com, jpfeiffer@robinskaplan.com, mjente@lewisrice.com, jritter@robinskaplan.com, jgleason@robinskaplan.com, mmeghjee@robinskaplan.com, hhansen@robinskaplan.com, jwing@robinskaplan.com, kworkman@robinskaplan.com, knydegger@robinskaplan.com

Cc: jr.montgomery@huschblackwell.com, aaron.chickos@huschblackwell.com, greg.minana@huschblackwell.com

2 attachments - 1632286800000

Message body secured

Sent on behalf of Greg Minana

Nate,

We set forth in our MIL briefing (Doc. 655) the reasons why the Zirmed Data is admissible at trial. We also noted that out of the abundance of caution, we also would be submitting a certificate pursuant to FRE 902(11), (13) and 803(6) further authenticating the records. The Certificate and the records it authenticates are enclosed with this email.

Thank you.

Greg

File attachments expire: Sep 22, 2021

| Name | Size | |
|---|---|---|
| 📄 Certificate.pdf | 450.7 KB | 1cc405f89019c47f3cb3013ce8204a72 (MD5) |
| 📄 Attachment to Certificate.zip | 34.9 MB | ef74b6e8d9f336284239f07501c98c1e (MD5) |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

RightCHOICE Managed Care, Inc., *et al.*, )
)
        Plaintiffs, )     Case No. 18-cv-06037-DGK
)
    v. )
)
Hospital Partners, Inc., *et al.*, )
)
        Defendants. )

## CERTIFICATE

Being of sound mind and over the age of 18 years, I, Ricardo Perez, certify, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the following information is true and correct:

1.     I was VP of Operations at Empower H.I.S. between July 2014 through 2019.

2.     I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved.

3.     Due to the quantity of data, the records attached to this Certificate are contained in the accompanying Attachment to Certificate.zip, which is hereby incorporated within this Certificate. The Attachment to Certificate.zip contains 3,138 native CLI files and 3,138 TIFF images, totaling approximately 35 megabytes of data.[1]

4.     The attached records were extracted from MedX Group Software on or around July 9, 2019 in relation to the present litigation. The attached records were produced in this matter in 2019 under the following Bates labels:

PEREZ-0163800-164398
PEREZ-0239872-240016
PEREZ-0240100
PEREZ-0240111-0240178

---

[1] The accompanying TIFF images were created for the present litigation to identify the Bates labels of the CLI files.

1

PEREZ-0244914-0244991
PEREZ-0249387-0250570
PEREZ-0251301-0251338
PEREZ-0253647-0253695
PEREZ-0255450-0255589
PEREZ-0255592-0256373
PEREZ-0319643-0319668
PEREZ-0325553-0325560
PEREZ-0325792-0325806
PEREZ-0326174-0326179

5. The MedX Group Software was Empower's billing system.

6. The MedX Group Software recorded claims in Electronic Data Interchange ("EDI") files at or around the time the claims were submitted.

7. The EDI files were stored on a Cloud Server.

8. The EDI files were downloaded and copied to a portable drive before production.

9. I state that the records attached hereto are true and correct copies of the EDI files.

10. All records attached to this Certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge;

11. All records attached to this Certificate were kept in the ordinary course of the regularly conducted business activity of Empower H.I.S.;

12. Making the record was a regular practice of that business activity; and

13. Such records were generated by the MedX Group Software, Empower H.I.S.'s electronic process or system that produces an accurate result, to wit:

    a) The records were copied from electronic device(s), storage medium(s), or file(s) in the custody of Empower H.I.S. in a manner to ensure that they are true duplicates of the original records; and

    b) At all times pertinent to the records certified here, the process and system

2

functioned properly and normally.

14.    I further state that this certification is intended to satisfy Rules 902(11), (13) and 803(b)(6) of the Federal Rules of Evidence.

15.    I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 14, 2021.

_____
Ricardo Perez

STATE OF FLORIDA    COUNTY OF _Miami Dade_.

Sworn to (or affirmed) and subscribed before me by means of [✓] physical presence or [ ] online notarization, this _14_ day of _Sept_, _2021_ by _Ricardo Jorge Perez_. who is/are personally known to me or produced identification.

Type of identification produced: _FL. D.- Lic P620730632170_

Printed Name: _____

Surya Kant Gupta
COMMISSION # GG218788
EXPIRES: May 16, 2022
Bonded Thru Aaron Notary

3