UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| RightCHOICE Managed Care, Inc., *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>Hospital Partners, Inc.; Hospital Laboratory Partners, LLC; Empower H.I.S. LLC; RAJ Enterprises of Central Florida, LLC d/b/a Pinnacle Laboratory Services; Labmed Services, LLC; Serodynamics, LLC; David Byrns; Jorge Perez; Beau Gertz; and Mark Blake,<br><br>    Defendants. | Civil Action No.<br><br>5:18-CV-06037-DGK<br><br>**Joint Stipulation of Dismissal<br>of Certain of Plaintiffs' Claims<br>Against David Byrns** |

    Pursuant to Federal Rule of Civil Procedure 41(a), it is hereby stipulated and agreed by and among Plaintiffs and Defendant David Byrns, through their respective undersigned counsel, that Plaintiffs' claims against Byrns for negligent misrepresentation (Count II), ERISA restitution (Count III), declaratory and injunctive relief (Count IV), aiding and abetting a tort (Count VII), unjust enrichment (Count VIII), and money had and received (Count IX) shall be dismissed with prejudice.

    This stipulation <u>*does not relate to or include*</u> Plaintiffs' claims against Byrns for fraud (Count I), tortious interference with contract (Count V), and civil conspiracy to commit fraud and tortious interference with contract (Count VI), which the Court granted summary judgment to the Plaintiffs on. (*See* Dkt. 617.)

    Each party will bear its own attorney's fees and costs.

Dated: September 19, 2021　　　　By:　　　　　/s/ Michael L. Jente

        **LEWIS RICE LLC**
        Neal F. Perryman, MO Bar #43057
        Michael L. Jente, MO Bar #62980
        600 Washington Avenue, Suite 2500
        St. Louis, Missouri 63101
        T: (314) 444-7600
        nperryman@lewisrice.com
        mjente@lewisrice.com

        -and-

        **ROBINS KAPLAN LLP**
        Jeffrey S. Gleason (admitted PHV)
        Munir R. Meghjee (admitted PHV)
        Jason W. Pfeiffer, MO Bar # 50104
        Nathaniel J. Moore (admitted PHV)
        Jaime J. Wing (admitted PHV)
        J. Haynes Hansen (admitted PHV)
        800 LaSalle Avenue, Suite 2800
        Minneapolis, Minnesota 55402
        T: (612) 349-8500
        F: (612) 339-4181
        jgleason@robinskaplan.com
        mmeghjee@robinskaplan.com
        jpfeiffer@robinskaplan.com
        nmoore@robinskaplan.com
        jwing@robinskaplan.com
        hhansen@robinskaplan.com

        ***Attorneys for Plaintiffs***


　　　　　　　　　　　　　　　　By:　　　　/s/ J. Justin Johnston (with consent)
        J. Justin Johnston, KS Bar #20101
        811 Grand Blvd. #101
        Kansas City, Missouri 64106
        T: (816) 739-4538
        jjj@johnstonlawkc.com

        ***Attorney for Defendant David Byrns***

## Certificate of Service

I hereby certify that the foregoing was filed electronically with the United States District Court for the Western District of Missouri, through the Court's CM/ECF system, on the 19th day of September, 2021, with notice of case activity sent to counsel of record.

/s/ Michael L. Jente