**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**ST. JOSEPH DIVISION**

| | | |
|---|---|---|
| RIGHTCHOICE MANAGED CARE, INC., et al., | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 18-cv-06037-DGK |
| HOSPITAL PARTNERS, INC., et al., | ) ) | |
| Defendants. | ) | |

## SERO DEFENDANTS' MOTION FOR DIRECTED VERDICT
## AT THE CLOSE OF ALL EVIDENCE

Pursuant to Fed. R. Civ. P. 50(a), Defendants SeroDynamics, LLC, LabMed Services, LLC, Beau Gertz, and Mark Blake (collectively, the "Sero Defendants") respectfully move this Court for an Order granting a Directed Verdict in favor of the Sero Defendants and against Plaintiffs at the close of all the evidence for the reasons given in the accompanying Suggestions, which are incorporated herein.

Dated this Friday, September 24, 2021.        Respectfully submitted,

 

              */S/ Gregory J. Minana*
_____

GREGORY J. MINANA       MO #38004
JAMES R. MONTGOMERY   MO #68281
AARON CHICKOS         MO #62072

HUSCH BLACKWELL LLP

4801 Main Street, Suite 1000
Kansas City, Missouri 64112
Telephone (816) 983-8000
Facsimile (816) 983-8080
greg.minana@huschblackwell.com
jr.montgomery@huschblackwell.com
aaron.chickos@huschblackwell.com

190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105
Telephone (314) 480-1500
Facsimile (314) 480-1505

**Attorneys for Defendants Mark Blake,
Beau Gertz, SeroDynamics LLC, and
LabMed Services, LLC**

2

## CERTIFICATE OF SERVICE

I hereby certify that on Friday, September 24, 2021, I filed the foregoing with the Court's

CM/ECF system, which will serve an electronic copy to all ECF-registered counsel of record.

*/S/ Gregory J. Minana*
Attorney

3