UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| RightCHOICE Managed Care, Inc., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Hospital Partners, Inc.; Hospital Laboratory Partners, LLC; Empower H.I.S. LLC; RAJ Enterprises of Central Florida, LLC d/b/a Pinnacle Laboratory Services; LabMed Services, LLC; SeroDynamics, LLC; David Byrns; Jorge Perez; James F. Porter, Jr.; Beau Gertz; and Mark Blake,<br><br>Defendants. | Civil Action No.<br>5:18-CV-06037-DGK |

**PLAINTIFFS' MOTION FOR JUDGMENT AS A MATTER OF LAW
AT THE CLOSE OF ALL THE EVIDENCE**

Pursuant to Federal Rule of Civil Procedure 50(a), Plaintiffs respectfully move the Court for entry of an Order granting Plaintiffs' judgment as a matter of law as to their claims for fraud (Count I), tortious interference with contract (Count V), civil conspiracy (Count VI), and money had and received (Count IX) against Defendants Beau Gertz; Mark Blake; SeroDynamics, LLC; and LabMed Services, LLC. This Motion is supported by the trial record and the Suggestions filed contemporaneously herewith and incorporated herein.

1

Dated: September 26, 2021       By:          */s/ Michael L. Jente*

                            **LEWIS RICE LLC**
Neal F. Perryman, MO Bar #43057
Michael L. Jente, MO Bar #62980
600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101
T: (314) 444-7600
nperryman@lewisrice.com
mjente@lewisrice.com

                          -and-

**ROBINS KAPLAN LLP**
Jeffrey S. Gleason (admitted PHV)
Munir R. Meghjee (admitted PHV)
Jason W. Pfeiffer, MO Bar # 50104
Nathaniel J. Moore (admitted PHV)
Jaime J. Wing (admitted PHV)
J. Haynes Hansen (admitted PHV)
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402
T: (612) 349-8500
F: (612) 339-4181
jgleason@robinskaplan.com
mmeghjee@robinskaplan.com
jpfeiffer@robinskaplan.com
nmoore@robinskaplan.com
jwing@robinskaplan.com
hhansen@robinskaplan.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically with the United States District Court for the Western District of Missouri, through the Court's CM/ECF system, on the 26th day of September 2021, with notice of case activity sent to counsel of record.

*/s/ Michael L. Jente*
