## Part III

**Question No. 8:**

We, the undersigned jurors, find that Defendant Beau Gertz ___is___ *("is" or "is not")* liable for punitive damages.

We, the undersigned jurors, find that Defendant Mark Blake ___is___ *("is" or "is not")* liable for punitive damages.

We, the undersigned jurors, find that Defendant SeroDynamics, LLC ___is___ *("is" or "is not")* liable for punitive damages.

We, the undersigned jurors, find that Defendant Labmed Services, LLC ___is___ *("is" or "is not")* liable for punitive damages.

_____  9/29/21
SIGNATURE OF JURY FOREPERSON    DATE

4

## Part IV

## VERDICT FORM ___

**Note**: Complete this form as required by your verdict.

We, the undersigned jurors, assess punitive damages against Defendant Beau Gertz at $ 1.9 million (*stating the amount or, if none, write the word, "none"*).

We, the undersigned jurors, assess punitive damages against Defendant Mark Blake at $ 1.9 million (*stating the amount or, if none, write the word, "none"*).

We, the undersigned jurors, assess punitive damages against Defendant SeroDyanmics, LLC at $ 1.9 million (*stating the amount or, if none, write the word, "none"*).

We, the undersigned jurors, assess punitive damages against Defendant Labmed Services, LLC at $ 1.9 million (*stating the amount or, if none, write the word, "none"*).

_____
SIGNATURE OF JURY FOREPERSON

9/29/21
DATE

5