## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## ST. JOSEPH DIVISION

| | |
|---|---|
| RIGHTCHOICE MANAGED CARE, INC, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 5:18-cv-06037-DGK |
| HOSPITAL PARTNERS, INC., et al., | ) ) ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL ACTION

__X__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____ **Decision by Court.** This action has been considered and a decision has been rendered by the Court.

**IT IS ORDERED AND ADJUDGED** that

Plaintiffs' Motion for Partial Summary Judgment as to David Byrns is granted. (Order, Doc. 617) Jury Verdict returned on Plaintiffs' claims as submitted in Instruction Nos. 23-26, 31-34, 35-38, 39-42, and 43-46 for Plaintiff in the amount of $18,053,015.00. Verdict for Defendants on Count I, alternative one, Instructions Nos. 27-30. (Doc. 751)
Jury Verdict returned assessing punitive damages in the amount of $1,900,000.00 as to each of Defendants Beau Gertz, Mark Blake, SeroDynamics, and Labmed Services, for total amount of $7,600,000.00.

September 30, 2021            Paige Wymore-Wynn
Dated                                         Clerk of Court

September 30, 2021           /s/ Tracy Strodtman
Entered                                      (by) Deputy Clerk