UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| RightCHOICE Managed Care, Inc., *et al.*, <br><br>        Plaintiffs, <br><br>v. <br><br>Hospital Partners, Inc.; Hospital Laboratory Partners, LLC; Empower H.I.S. LLC; RAJ Enterprises of Central Florida, LLC d/b/a Pinnacle Laboratory Services; Labmed Services, LLC; Serodynamics, LLC; David Byrns; Jorge Perez; Beau Gertz; and Mark Blake. <br><br>        Defendants. | Civil Action No. <br>5:18-CV-06037-DGK |

**Plaintiffs' Motion for Entry of Final Judgment as to the Sero Defendants and for a Hearing on Damages as to the Defaulted Defendants**

In accordance with Federal Rules of Civil Procedure 54(b) and 55(b), Plaintiffs respectfully request that: (1) upon the Court's resolution of Plaintiffs' Motion to Amend Judgment to Include Pre- and Post-Judgment Interest (Dkt. 785), the Court direct entry of final judgment against the Sero Defendants[1] as to those claims encompassed by its Judgment of September 30, 2021 (Dkt. 772); and (2) the Court schedule a hearing to determine the damages to be entered on the default judgments against the Empower Defendants,[2] Defendant Hospital Laboratory Partners, LLC ("Hospital Lab Partners"), and Defendant RAJ Enterprises of Central Florida, LLC d/b/a Pinnacle Laboratory Services ("Pinnacle Labs") (collectively, Pinnacle Labs, Hospital Lab Partners, and the Empower Defendants are the "Defaulted Defendants"). This

---

[1] LabMed Services, LLC; SeroDynamics, LLC; Beau Gertz; and Mark Blake.

[2] Hospital Partners, Inc.; Empower H.I.S. LLC; and Jorge Perez.

motion is based on Plaintiffs' suggestions as well as all papers, filings, and proceedings in this matter.

Dated: June 3, 2022        By:        */s/ Michael L. Jente*

**LEWIS RICE LLC**
Neal F. Perryman, MO Bar #43057
Michael L. Jente, MO Bar #62980
600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101
T: (314) 444-7600
nperryman@lewisrice.com
mjente@lewisrice.com

-and-

**ROBINS KAPLAN LLP**
Jeffrey S. Gleason (admitted PHV)
Munir R. Meghjee (admitted PHV)
Nathaniel J. Moore (admitted PHV)
Jaime J. Wing (admitted PHV)
J. Haynes Hansen (admitted PHV)
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402
T: (612) 349-8500
F: (612) 339-4181
jgleason@robinskaplan.com
mmeghjee@robinskaplan.com
nmoore@robinskaplan.com
jwing@robinskaplan.com
hhansen@robinskaplan.com

***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically with the United States District Court for the Western District of Missouri, through the Court's CM/ECF system, on the 3rd day of June 2022, with notice of case activity sent to counsel of record.

                                            */s/ Michael L. Jente*