UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | | |
|---|---|---|
| RIGHTCHOICE MANAGED CARE, INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No.5:18-CV-06037-DGK |
| | ) | |
| HOSPITAL PARTNERS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## AMENDED JUDGMENT IN A CIVIL ACTION

  X    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 ____   **Decision by Court.** This action has been considered and a decision has been rendered by the Court.

**IT IS ORDERED AND ADJUDGED** that

Plaintiffs' Motion for Partial Summary Judgment as to David Byrns was granted in the amount of $88,609,000.00 (Order, Doc. 617), with Judgment entered on September 30, 2021 (Doc. 772).

Jury Verdict returned on Plaintiffs' claims against Defendants Beau Gertz, Mark Blake, Serodynamics, LLC, and Labmed Services, LLC, as submitted in Instruction Nos. 23-26, 31-34, 35-38, 39-42, and 43-46, for Plaintiffs in the amount of $18,053,015.00. (Doc. 751.) Verdict for Defendants on Count I, alternative one, Instruction Nos. 27-30. (*Id*.) Jury Verdict returned assessing punitive damages in the amount of $1,900,000.00 as to each of Defendants Beau Gertz, Mark Blake, SeroDynamics, and Labmed Services, for total amount of $7,600,000.00. (*Id*.)

Judgment entered on September 30, 2021 as to Beau Gertz, Mark Blake, Serodynamics, LLC, and Labmed Services, LLC, jointly and severally, for $18,053,015.00. (Doc. 772.) Judgment further entered on September 30, 2021 as to each of Beau Gertz, Mark Blake, Serodynamics, LLC, and Labmed Services, LLC for $1,900,000.00 each in punitive damages. (*Id*.)

Pursuant to the Court's September 22, 2022 Order, Beau Gertz, Mark Blake, Serodynamics, LLC, and Labmed Services, LLC shall pay post-judgment interest accruing on $18,053,015.00, jointly and severally, from September 30, 2021 until paid in full, compounded annually, at the rate of 0.08% per annum, pursuant to 28 U.S.C. § 1961.

Pursuant to the Court's September 22, 2022 Order, Beau Gertz, Mark Blake, Serodynamics, LLC, and Labmed Services, LLC shall pay post-judgment interest accruing on a further $1,900,000.00,

each, from September 30, 2021 until paid in full, compounded annually, at the rate of 0.08% per annum, pursuant to 29 U.S.C. § 1961.

Pursuant to the Court's October 27, 2022 Order and Federal Rule of Civil Procedure 54(b), this constitutes final judgment of Plaintiffs' claims against Defendants Beau Gertz, Mark Blake, Serodynamics, LLC, and Labmed Services, LLC, as set forth above.

| | |
|---|---|
| October 27, 2022 | Paige Wymore-Wynn |
| Dated | Clerk of Court |
| | |
| October 27, 2022 | /s/ Tracy Strodtman |
| Entered | (by) Deputy Clerk |