# Exhibit A

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
### ST. JOSEPH DIVISION

RightCHOICE Managed Care, Inc., *et al.*,

          Plaintiffs,

   v.

Hospital Partners, Inc.; Hospital Laboratory Partners, LLC; Empower H.I.S. LLC; RAJ Enterprises of Central Florida, LLC d/b/a Pinnacle Laboratory Services; Labmed Services, LLC; Serodynamics, LLC; David Byrns; Jorge Perez; Beau Gertz; and Mark Blake

          Defendants.

Case No. 5:18-CV-06037-DGK

## Declaration of Gregory J. Minana

I, Gregory J. Minana, pursuant to 28 U.S.C §1746, hereby declare as follows:

1. I have been practicing law for 32 years, and I have been an Equity Partner at Husch Blackwell since 2003.

2. More than $900,000 in attorneys' fees and costs have not been paid in this matter, and my firm and I do not expect that our former clients will ever make payment.

3. My compensation (which depends in significant part on fees collected by the firm on my cases) was negatively impacted in 2021 and 2022, and I likely would have received $75,000 to $200,000 more over those two years had those additional fees been collected.

4. I was paid by two insurance carriers to defend the Sero Defendants.

5. As is often the case with insurance carriers, the hourly billing rates for me and my colleagues were heavily discounted for the duration of this litigation.

1

6. Each of Husch Blackwell's invoices on this matter was subjected to review by both insurance carriers, their outside counsel, and an independent auditor.

7. In addition to the substantial jury verdict against my clients, the Court's prior sanctions order and admonitions on the record during trial are matters of public record, as well as the pending Order to Show Cause.

8. These orders and admonitions have required extremely difficult conversations with existing and prospective clients, and have likely resulted in the loss of additional clients.

9. This case has been the most challenging and humbling experience of my 32 years practicing law, and not a day goes by that these issues do not weigh on me, both personally and professionally.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 20, 2023.

_____
Gregory J. Minana