# Exhibit B



**Portfolio Media. Inc.** | 111 West 19th Street, 5th floor | New York, NY 10011 | www.law360.com
Phone: +1 646 783 7100 | Fax: +1 646 783 7161 | customerservice@law360.com

# Fla. Jury Acquits Atty, Others In Alleged $1.4B Medical Fraud

By **David Minsky**

Law360 (March 22, 2023, 11:16 PM EDT) -- A Florida federal jury has acquitted a lawyer and three other defendants in an alleged $1.4 billion health care fraud involving urine samples after evidence showed the medical billing codes used to indicate an in-person visit by a patient did not suggest any wrongdoing**,** according to court records.

Jurors found attorney Aaron Durall, Aaron Alonzo, Neisha Zaffuto and Christian Fletcher not guilty of all charges, including health care fraud, money laundering and conspiracy, on Tuesday following a four-week trial in Jacksonville, court records show. Durall's attorney Brian Rafferty of BakerHostetler told Law360 that the case was about the billing for urine samples that were tested for drugs at rural hospitals, which insurance companies claimed they were overpaying for.

"This whole investigation was botched from the beginning, based on false information provided to the government by the insurers," Rafferty said. "This was a contract dispute from the beginning, and they were just unhappy about how much money they were paying for urine testing."

The case was prosecuted by Gary Winters and Jim Hayes of the U.S. Department of Justice's Criminal Division, Fraud Section, and Assistant U.S. Attorney Andrew Tysen Duva of the Middle District of Florida, who did not immediately respond to requests seeking comment.

The federal government alleged that between 2015 and 2018, the defendants researched to find and gain ownership of "critical access hospitals," a designation given to eligible rural hospitals that allows them to receive certain federal benefits, and used the hospitals to bill fraudulent claims for urine testing when the testing actually took place at independent laboratories.

Durall and the three other defendants were initially indicted in the Middle District of Florida in 2020 and accused of using fraudulent billing codes for the urine sample testing to scam insurance companies.

The case was a retrial that began in February following an initial trial in May, according to Rafferty. The original trial also included defendants Jorge and Ricardo Perez, who were ultimately convicted. But the jury hung on Durall and the three other defendants. In the retrial, Durall was the lead defendant, charged with 10 counts.

Evidence at the retrial hinged on spreadsheets maintained by insurance companies and analyzed by auditors, who found a high number of service codes indicating an in-person patient visit that were tied to the defendants, according to Rafferty.

Rafferty said that the insurance companies alerted the DOJ, which assumed the defendants were fraudulently billing the urine samples as in-person visits when the patient weren't actually visiting the locations.

However, Rafferty said he was able to prove that it was the insurance companies themselves that populated the billing codes on the spreadsheets, not anyone who submits the claims. In addition, he said he showed that the codes weren't meant to show a patient had visited the location where the sample was tested — only that a sample was tested at the location.

The mistake occurred because of a discrepancy between the form submitted by the clinic or lab doing

Case 5:18-cv-06037-DGK    Document 849-2    Filed 04/20/23    Page 2 of 3

the testing, which had a box to enter the code, and another form used by insurance companies that did not have a similar box — which is what led to the insurance companies populating the spreadsheet with the code, according to Rafferty.

Rafferty said that the U.S. government touted the case as one of the biggest ever in health care fraud, although his client never should have been indicted in the first place.

"Truly what this case is, is about urine samples going to hospitals, not patients," Rafferty said. "If you go and do your research, there are many cases out there involving rural hospitals and urine testing. Many don't go to trial because they are contract disputes. I'm just grateful that the jury saw through this."

Aaron Durall is represented by Brian Rafferty of BakerHostetler.

Aaron Alonzo is represented by Andrew Bonderud of the Bonderud Law Firm PA.

Neisha Zaffuto is represented by Joshua S. Lowther of Lowther Walker LLC.

Christian Fletcher is represented by Steven H. Sadow of Schulten Ward Turner & Weiss and Vincent A. Citro of the Law Offices of Horwitz & Citro PA.

The Department of Justice is represented by Gary Winters and Jim Hayes of the Criminal Division, Fraud Section, and assistant U.S. Attorney Andrew Tysen Duva of the U.S. Attorney's Office for the Middle District of Florida.

The case is U.S. v. Perez et al., case number 3:20-cr-00086, in the U.S. District Court for the Middle District of Florida.

--Editing by Jill Coffey.

*Update: This article has been updated to include additional attorney information.*

---

All Content © 2003-2023, Portfolio Media, Inc.