IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| RightChoice Managed Care, Inc. *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Hospital Partners, Inc.; *et al.*, <br><br> Defendants. | Case No. 18-CV-06037-DGK |

**Mark Blake and Beau Gertz Motion for Fed. R. Civ. P. 60(b)(3) or alternatively Fed. R. Civ. P. 60(b)(2) for Relief from Final Judgment and Request for Post Judgment Discovery**

Pursuant to Fed.R.Civ.P. 60(b) Defendants Mark Blake and Beau Gertz (collectively Defendants") respectfully move for an order overturning the verdict, for post judgment discovery and for further relief that the Court deems just and proper. This motion is based on the Defendants suggestions, the supporting declarations and papers filed herewith, as well as all papers, filings, and proceedings in this matter.

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically with the United States District Court for the Western District of Missouri, through the Court's CM/ECF system on the 25th day of October 2023, with notice of case activity sent to counsel of record.

/s/ Mark Blake
Mark Blake, pro se
1208 East Kennedy Blvd. Unit 1126
Tampa, FL 33602
(813) 480-6828