IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| RightChoice Managed Care, Inc. et al., | ) | |
| Plaintiffs, | ) ) ) | Case No. 18-CV-06037-DGK |
| v. | ) ) | |
| Hospital Partners, Inc.; et al., | ) ) | |
| Defendants. | ) ) | |

## MARK BLAKE AND BEAU GERTZ'S MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

Defendants Mark Blake and Beau Gertz (collectively "Defendants") and, pursuant to the Court's CM/ECF Civil and Criminal Administrative Procedures Manual and Users Guide, move the Court for leave to file a document under seal. In support of this Motion, Defendants state as follows:

1. Defendants filed a Rule 60(b) Motion (Doc. 862) and Redacted Suggestions in support of the Motion (Doc. 863). In order to ensure that the Unredacted Suggestions in Support of the Motion is protected and not made publicly available, Defendants requested leave to file a complete, un-redacted version of Doc. 863 under seal.

2. In accordance with the Court's CM/ECF Civil and Criminal Administrative Procedures Manual and Users Guide, Mark Blake will email the proposed sealed document, together with a proposed Order granting leave to file under seal, to the courtroom deputy.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that this Court grant its Motion for Leave to File Document under seal.

Dated: October 26, 2023

/s/ Beau Cassidy Gertz
Beau Gertz, pro se
4177 Xavier Street
Denver, CO 80212
(303) 877-8789
BeauGertz@gmail.com

/s/ Mark T. Blake
Mark T. Blake, pro se
1208 East Kennedy Boulevard – Unit 1126
Tampa, FL 33602
(813) 480-6828
MarkTBlake111@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically with the United States District Court for the Western District of Missouri, through the Court's CM/ECF system on the 26th day of October 2023, with notice of case activity sent to counsel of record.

/s/ Mark Blake
Mark Blake, pro se
1208 East Kennedy Blvd. Unit 1126
Tampa, FL 33602
(813) 480-6828