# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## ST. JOSEPH DIVISION

| | |
|---|---|
| RIGHTCHOICE MANAGED CARE, INC., et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) No. 5:18-cv-06037-DGK |
| HOSPITAL PARTNERS, INC., et al., | ) ) ) |
| Defendants. | ) |

## ORDER REGARDING AMOUNT OF SANCTIONS

This lawsuit arose out of a fraudulent pass-through billing scheme for laboratory tests. After an eight-day trial, a jury returned a verdict in Plaintiffs' favor for $25,653,015.

Now pending is the Court's "Order Imposing Sanctions Under 28 U.S.C. § 1927 and Ordering Briefing Concerning the Amount of Sanctions," ECF No. 869, and the parties' "Joint Proposal Regarding Reasonable Attorney's Fees," ECF No. 880, filed in response. The order held Mr. Minana should be sanctioned under § 1927 for six episodes of conduct during the litigation; it also ordered the parties to brief what the amount of the sanction should be. The parties' filing asks the Court to "find $293,000 as reasonable attorney's fees attributable to the conduct for which Mr. Minana was sanctioned." Joint Proposal at 1.

After reviewing the record and the parties' request, the Court agrees that $293,000 is a reasonable amount attributable to the conduct for which Mr. Minana was sanctioned.

Mr. Minana is hereby sanctioned $293,000 under 28 U.S.C. § 1927. The Court ORDERS him to pay this amount to Plaintiffs within thirty days, unless the parties reach a written agreement to pay this amount over some other period of time on terms which are mutually acceptable.

**IT IS SO ORDERED.**

Date:  January 25, 2024     /s/ Greg Kays
                            GREG KAYS, JUDGE
                            UNITED STATES DISTRICT COURT