IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| RightChoice Managed Care, Inc. *et al.*, | ) | |
| Plaintiffs, | ) | Case No. 18-CV-06037-DGK |
| v. | ) | |
| Hospital Partners, Inc.; *et al.*, | ) | |
| Defendants. | ) | |

**Mark Blake's Motion to Vacate Sanctions**

Defendant Mark Blake respectfully moves for an order from this Court vacating the sanctions issued against Mark Blake (ECF. 790). This motion is based on the Mark Blake's suggestions, the supporting declarations and papers filed herewith, as well as all papers, filings, and proceedings in this matter.

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed electronically with the United States District Court for the Western District of Missouri, through the Court's CM/ECF system on the 22nd day of February 2024, with notice of case activity sent to counsel of record.

/s/ Mark Blake
Mark Blake, pro se
1208 East Kennedy Blvd. Unit 1126
Tampa, FL 33602
(813) 480-6828