**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**ST. JOSEPH DIVISION**

| | | |
|---|---|---|
| RIGHTCHOICE MANAGED CARE, INC., et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 5:18-cv-06037-DGK |
| HOSPITAL PARTNERS, INC., et al., | ) | |
| Defendants. | ) | |

**ORDER GRANTING MOTION TO MODIFY PROTECTIVE ORDER**

This lawsuit arose out of a fraudulent pass-through billing scheme for laboratory tests. After an eight-day trial, a jury returned a verdict in Plaintiffs' favor. On May 13, 2025, Defendants Mark Blake and Beau Gertz filed a legal malpractice action against their counsel in this case.

Now before the Court is Defendants Mark Blake and Beau Gertz's Motion to Modify Protective Order for Related Civil Legal Malpractice Case. ECF No. 904. These Defendants request the Court to modify the protective order to permit certain documents in this case to be produced in the malpractice case "subject to Judge Burke's[1] Protective Order entered on September 18, 2025." Mot. at 6.

Plaintiffs have no objection to the motion to modify, "so long as all of the protections afforded by the HIPAA Qualified and General Protective Order entered by this Court (see Dkt. 166),[2] including but not limited to the same confidentiality designations and corresponding restrictions, are maintained in the related civil legal malpractice case." Resp. at 1, ECF No. 906.

[1] Judge Burke is the judge overseeing the civil malpractice case.

[2] The protective order entered at docket entry 166 was later modified to allow production of documents to outside counsel for attorneys of record. Thus, the operative protective order is found at docket entry 804, not 166.

For good cause shown, the motion is GRANTED subject to the following clarification: If the protective order entered in this case is more restrictive than that entered by Judge Burke, the protective order entered in this case shall govern the production of documents from this case.

**IT IS SO ORDERED.**

Date: February 19, 2024

/s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT